Elizabeth S. Fitch (17012)
*beth@righilaw.com*
Benjamin Hodgson (18208)
*benjamin@righilaw.com*
Nathan Whittaker (11978)
*nathan@righilaw.com*
RIGHI FITCH LAW GROUP
2150 S. 1300 E., Ste. 500
Salt Lake City, UT  84106
Telephone: 602-385-6776
Fax: 602-385-6777

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| JAIRO MORALES,<br><br>  Plaintiff,<br><br>v.<br><br>ROOT INSURANCE CO.,<br><br>  Defendant. | **NOTICE OF REMOVAL**<br><br>Case No.: 1:23-cv-110<br>District Judge: Michael Edwards<br>Magistrate Judge: |

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant hereby gives notice of removal to the United States District Court for the District of Utah, Northern Division, of the following case pending in the Second Judicial District Court for Davis County, State of Utah:

*Jairo Morales v. Root Insurance Company*,
Civil no. 230701026, pending before Judge Michael Edwards

Copies of all process and pleadings in the state-court action (including a docket sheet) are attached hereto as Exhibit 1. Defendant was served with a copy of the Summons and Complaint at the place of business of its registered agent on September

15, 2023. As 30 days has not expired since Defendant was served with the Amended Complaint, removal of this action is timely under 28 U.S.C. §1446(b)(3).

## STATEMENT OF GROUNDS FOR REMOVAL
## (DIVERSITY JURISDICTION)

1. Plaintiff's Amended Complaint alleges causes of action against Defendant for

   a. Breach of Contract (¶¶ 20-25);

   b. Breach of Good Faith and Fair Dealing (¶¶ 26-31); and

   c. Violation of Utah Code § 31A-22-305.3 (¶¶ 32-33).

2. Plaintiff Jairo Morales is a resident of the State of Utah.

3. Defendant Root Insurance Company is a corporation duly formed and incorporated under the laws of Ohio and is headquartered in Ohio.

4. Plaintiffs' Amended Complaint seeks damages of an indeterminate amount, but alleges that Plaintiff's damages are sufficient to qualify for Discovery Tier 3 under Rule 26(c)(5), which is reserved for a claim of damages in excess of $300,000.00.

5. Under federal law, "the district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000 . . . and is between citizens of different states . . . ." 28 U.S.C. §1332(a).

6. Because Plaintiff is a citizen of Utah and Defendant is a citizen of Ohio, and the amount in controversy exceeds $75,000, the United States District Court has original jurisdiction.

7. Under 28 U.S.C. § 1441(a), "any civil action brought in a state court of which the district courts of the United States have original jurisdiction, may be

removed by the defendant or the defendants to the district court of the United States for the district and division embracing the place where the action is pending."

8. The case is pending in the Second Judicial District Court of the State of Utah. The United States District Court for the District of Utah, Northern Division, embraces the Second Judicial District

9. Accordingly, Plaintiffs' action should be removed to the United States District Court for the District of Utah on the basis of diversity jurisdiction.

10. Notice of the filing of this Notice of Removal has been filed in the Second District Court of the State of Utah. A copy of this notice is attached as Exhibit 2.

DATED this 4th day of October, 2023.

/S/ Benjamin Hodgson
Benjamin Hodgson
RIGHI FITCH LAW GROUP
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing APPEARANCE OF COUNSEL FOR DEFENDANTS to be delivered via e-filing to the following recipients:

L. Miles Lebaron
Dallin G. Johnson
LEBARON & JENSEN, P.C.
*Attorneys for Plaintiff*

DATED this 4th day of October, 2023.

/S/ Benjamin Hodgson
Benjamin Hodgson